## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE** | ) | **Chapter 7** |
| | ) | |
| **Deleshe, William H** | ) | **CASE NO. 17-05373-JSB** |
| | ) | |
| **Debtor(s).** | ) | **Hon. Janet S. Baer** |
| | ) | **Hearing Date: May 18, 2018** |
| | ) | **Time: 11:00 a.m.** |

## CERTIFICATE OF SERVICE

To:      See Attached Service List

     I, Frank J. Kokoszka, hereby certify that on Thursday, April 26, 2018, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Application** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on April 26, 2018.

Dated: April 26, 2018                        Respectfully submitted,

By: /s/  *Frank J. Kokoszka*
       Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 254-3156 (fax)
trustee@k-jlaw.com

## SERVICE LIST

**Via ECF Electronic Notice**

**Kevin P O'Flaherty on behalf of Debtor 1 William H Deleshe**
koflaherty@oflaherty-law.com, jmcinerney@oflaherty-law.com

**Patrick S. Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Via First Class Mail**

**Discover Bank**
**Discover Products Inc**
**Po Box 3025**
**New Albany, Oh 43054-3025**

**Capital One Bank (USA), N.A.**
**Po Box 71083**
**Charlotte, NC 28272-1083**