# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| William H Deleshe | § | Case No. 17-05373 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                   Assets Exempt: 17,801.67
*(Without deducting any secured claims)*

Total Distributions to Claimants: 12,722.00              Claims Discharged
                                                         Without Payment: 105,679.30

Total Expenses of Administration: 4,278.00

---

3) Total gross receipts of $ 17,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 17,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 75,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,278.00 | 4,278.00 | 4,278.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,634.18 | 14,980.97 | 14,980.97 | 12,722.00 |
| **TOTAL DISBURSEMENTS** | $ 117,634.18 | $ 19,258.97 | $ 19,258.97 | $ 17,000.00 |

4) This case was originally filed under chapter 7 on 02/24/2017 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2018          By:/s/Frank J. Kokoszka, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 801 79Th St, Unit 305 Darien Il 60561-0000 Dupage | 1110-000 | 8,500.00 |
| Metlife | 1129-000 | 8,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage, P.O. Box 10335 Des Moines, IA 50306 | | 75,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 75,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 2,450.00 | 2,450.00 | 2,450.00 |
| Frank J. Kokoszka | 2200-000 | NA | 22.54 | 22.54 | 22.54 |
| International Sureties, Ltd. | 2300-000 | NA | 6.02 | 6.02 | 6.02 |
| BOK Financial | 2600-000 | NA | 143.84 | 143.84 | 143.84 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,634.00 | 1,634.00 | 1,634.00 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 21.60 | 21.60 | 21.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,278.00 | $ 4,278.00 | $ 4,278.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, PO Box 15298 Wilmington, DE 19850 | | 3,704.29 | NA | NA | 0.00 |
| | Chase Card, PO Box 15298 Wilmington, DE 19850 | | 6,710.46 | NA | NA | 0.00 |
| | First National Bank of Omaha, P.O. BOX 2490 Omaha, NE 68103-2490 | | 18,005.58 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 7,124.59 | 7,366.46 | 7,366.46 | 6,255.68 |
| 1 | Discover Bank | 7100-000 | 7,089.26 | 7,614.51 | 7,614.51 | 6,466.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 42,634.18 | $ 14,980.97 | $ 14,980.97 | $ 12,722.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-05373 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | William H Deleshe | | | | Date Filed (f) or Converted (c): | 02/24/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/28/2017 |
| For Period Ending: | 07/06/2018 | | | | Claims Bar Date: | 10/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 801 79Th St, Unit 305 Darien Il 60561-0000 Dupage | 130,000.00 | 8,500.00 | | 8,500.00 | FA |
| 2. 1990 Buick Park Avenue Mileage: 136,000 Fair Condition | 300.00 | 300.00 | | 0.00 | FA |
| 3. Living Room Furniture: $150 Bedroom Furniture: $150 Dining R | 875.00 | 0.00 | | 0.00 | FA |
| 4. Tv: $50 Computer: $50 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Various Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. Watches: $50 Necklaces: $100 | 150.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 588.00 | 0.00 | | 0.00 | FA |
| 8. Standard Bank And Trust | 588.67 | 0.00 | | 0.00 | FA |
| 9. Metlife | 50,000.00 | 12,000.00 | | 8,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $182,801.67    $20,800.00    $17,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order entered approving settlement and sale back to Debtor of 1. Surrender Value of Insurance and 2. Equity in Home Residence.  - Frank J. Kokoszka 10/11/2017

All Assets fully administered. Trustee has retained accountant for the preparation of tax returns for the estate. - Frank J. Kokoszka 10/29/2017
Trustee has received tax returns from accountant.  Awaiting accountant's fee application.  - Frank J. Kokoszka 2/27/2018

Initial Projected Date of Final Report (TFR): 01/31/2018     Current Projected Date of Final Report (TFR): 04/30/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-05373 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: William H Deleshe | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0289 |
| | Checking |
| Taxpayer ID No: XX-XXX8657 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/17 | 9 | Diane Duncan<br>19520 Needlepoint Road<br>Baytown, Texas 77523 | Sale back to Debtor<br>Payment towards proposed settlement with Debtor to sell back to the Debtor the Estate's interest in the surrender value of his life insurance policy and the equity in his home residence. | 1129-000 | $5,200.00 | | $5,200.00 |
| 10/03/17 | | Doreen R Patrick | Sale back to Debtor<br>Part of pending settlement to sell back to the Debtor, the surrender value of the life insurance policy and the debtor's residence. | | $11,800.00 | | $17,000.00 |
| | | | Gross Receipts $11,800.00 | | | | |
| | 1 | | 801 79Th St, Unit 305 $8,500.00<br>Darien Il 60561-0000 Dupage | 1110-000 | | | |
| | 9 | | Metlife $3,300.00 | 1129-000 | | | |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.31 | $16,978.69 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.42 | $16,954.27 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.19 | $16,929.08 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.16 | $16,903.92 |
| 02/07/18 | 101 | International Sureties, Ltd. | Bond Premium Payment | 2300-000 | | $6.02 | $16,897.90 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.68 | $16,875.22 |

Page Subtotals: $17,000.00 $124.78

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-05373 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: William H Deleshe | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0289 |
| | Checking |
| Taxpayer ID No: XX-XXX8657 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $25.08 | $16,850.14 |
| 05/22/18 | 102 | Frank J. Kokoszka | Distribution | | | | $2,472.54 | $14,377.60 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($2,450.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($22.54) | 2200-000 | | | |
| 05/22/18 | 103 | Alan D. Lasko & Associates, P.C. | Distribution | | | | $1,655.60 | $12,722.00 |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($1,634.00) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($21.60) | 3420-000 | | | |
| 05/22/18 | 104 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 84.92 % per court order. | | 7100-000 | | $6,466.32 | $6,255.68 |
| 05/22/18 | 105 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 84.92 % per court order. | | 7100-000 | | $6,255.68 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,000.00 | $17,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,000.00 | $17,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,000.00 | $17,000.00 |

Page Subtotals: $0.00   $16,875.22

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0289 - Checking | $17,000.00 | $17,000.00 | $0.00 |
|  | $17,000.00 | $17,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,000.00 |
| Total Gross Receipts: | $17,000.00 |